**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Jorge Adalid VARELA-CARIAS, also known as Jorge Adalei Varela-Carias, Defendant-Appellant**

**No. 17-40503
Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed February 20, 2018

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Jorge Adalid Varela-Carias, Pro Se

Before REAVLEY, CLEMENT, and HO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jorge Adalid Varela-Carias has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Varela-Carias has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.